United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 23-12200-MCR |
| Kameron J. Myers | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 02, 2024 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kameron J. Myers, 506 Diamondback Drive #539, Gaithersburg, MD 20878-4688 |
| | + Nirit G. Myers, 506 Diamondback Drive #539, Gaithersburg, MD 20878-4688 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric S. Steiner | info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email |
| Gregory Christopher Mullen | bankruptcy@bww-law.com  gregory.c.mullen@gmail.com |
| Jacob Christian Zweig | jzweig@evanspetree.com  crecord@evanspetree.com |
| Nikita Rajendra Joshi | Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 5

Entered: July 2nd, 2024
Signed: July 2nd, 2024
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (GREENBELT)

| | | |
|---|---|---|
| IN RE: | * | |
| KAMERON J. MYERS<br>　Debtor | * | Case No. 23-12200 |
| * * * * * * | * | Chapter 13 |
| TD BANK, N.A., SUCCESSOR IN INTEREST TO TD AUTO FINANCE LLC | * | |
| 　Movant | * | |
| vs. | * | |
| KAMERON J. MYERS<br>　Debtor | * | |
| and | * | |
| NIRIT G. MYERS<br>　Co-Debtor | * | |
| 　Respondents | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>CONSENT ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY</u>

The Court having read and considered the Motion for Relief from the Automatic Stay and Co-Debtor Stay filed by TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank"), together with the consents hereto, and for good cause appearing, it is, by the United States

Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay and co-debtor stay imposed under 11 U.S.C. §§ 362(a) and 1301 are modified as to TD Bank as set forth herein;

FURTHER ORDERED, that the automatic stay and co-debtor stay shall continue in effect so long as:

(a) Kameron J. Myers ("Debtor") complies with the terms of the Retail Installment Sale Contract ("Contract") for the purchase of a 2022 Mazda CX-30, VIN 3MVDMBBL2NM430091 ("Vehicle"), in which TD Bank has a perfected security interest;

(b) TD Bank receives from Debtor, when due, the remaining monthly payments pursuant to the Contract, commencing with the payment of $470.98 due on June 29, 2024;

(c) TD Bank also receives from Debtor the sum of $1,875.42 in liquidation of the payment default under the Contract ($1,376.42) and TD Bank's attorney and filing fees related to the Motion ($499.00) in the following installments:

>$312.57 on or before July 14, 2024,
>$312.57 on or before August 14, 2024,
>$312.57 on or before September 14, 2024,
>$312.57 on or before October 14, 2024,
>$312.57 on or before November 14, 2024,
>$312.57 on or before December 14, 2024; and

(d) Counsel for TD Bank receives from Debtor proof of physical damage insurance coverage on the Vehicle, which conforms to Contract requirements and lists TD Bank as lienholder/loss payee, on or before June 29, 2024, and Debtor maintains such insurance coverage on the Vehicle at all times; and it is

FURTHER ORDERED, that in the event Debtor defaults in any payment or fails to fulfill any of the obligations under this Consent Order, TD Bank may file with the Court and provide Debtor and Debtor's counsel a written Notice of Default ("Notice") with demand for cure within

ten (10) days of the date of the Notice, and if the default is not cured within such time, the automatic stay and co-debtor stay shall be terminated as to TD Bank, the Vehicle and the proceeds thereof without the necessity of further notice, hearing, order or appearance, and TD Bank may proceed with any and all remedies available under state and/or federal law that are not inconsistent with Title 11 of the United States Code, including but not limited to, filing a proof of claim for any unsecured deficiency balance upon disposition of the Vehicle; and it is

FURTHER ORDERED, that TD Bank's obligation to provide the Debtor and Debtor's counsel with Notice shall terminate after the <u>second</u> event of default for which Notice is actually given, and upon the <u>third</u> event of default, the automatic stay and co-debtor stay shall be terminated as to TD Bank, the Vehicle and the proceeds thereof ten (10) days after TD Bank files with the Court and provides Debtor and Debtor's counsel a written Affidavit of Default and Notice of Termination of Automatic Stay and Co-Debtor Stay; and it is

FURTHER ORDERED, that the Debtor having waived the application of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, this Order is enforceable on its date of entry.

Consented hereto:

| | |
|---|---|
| /s/Eric S. Steiner | /s/Jacob Zweig |
| Eric S. Steiner, Esquire | Jacob Zweig, Esquire |
| P.O. Box 17598 | Evans Petree PC |
| Pmb 83805 | 1715 Aaron Brenner Drive, Suite 800 |
| Baltimore, MD  21297 | Memphis, TN 38120 |
| Attorney for Debtor | Attorney for TD Bank |

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the __/s/__ on this copy reference the signatures of consenting parties on the original consent order.

/s/Jacob Zweig_____
Jacob Zweig, Esquire

cc:     Jacob Zweig
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

Eric S. Steiner
P.O. Box 17598
Pmb 83805
Baltimore, MD  21297

Kameron J. Myers
506 Diamondback Drive #539
Gaithersburg, MD  20878

Nirit G. Myers
506 Diamondback Drive #539
Gaithersburg, MD  20878

Timothy P. Branigan
Chapter 13 Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD  21046

**End of Order**