IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

Kameron Myers

*Debtor*

Case No.: 23-12200-MCR

Chapter 13

## DEBTOR'S RESPONSE TO
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY
(ECF No.: 46)

Kameron Myers ("Debtor"), by and through undersigned counsel, responds to the Motion for Relief from the Automatic Stay ("Motion") filed by PennyMac Loan Services, LLC. ("Movant"), and in support thereof, states:

The Debtor has been approved for a loan modification with Movant which should resolve the alleged post-petition arrears as asserted by Movant.

WHEREFORE, the Debtor requests that this Court deny the Motion.

Respectfully submitted,

*/s/ Eric S. Steiner*
Eric S. Steiner, Esquire
Federal Bar No. 28705
eric@steinerlawgroup.com
**STEINER LAW GROUP, LLC**
PO Box 17598, PMB 83805
Baltimore, Maryland 21297-1598
(410) 670-7060 (phone)
(410) 834-1743 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 12th day of July, 2024, a copy of the foregoing was served via the Court's CM/ECF system to:

Timothy Branigan  
*Chapter 13 Trustee*

Nikita Joshi, Esquire  
*Attorney for Movant*

/s/ Eric S. Steiner  
Eric S. Steiner