**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

| | |
|---|---|
| IN RE: | Case No. 23-12200-MCR |
| KAMERON J. MYERS, | |
|     Debtor. | Chapter 13 |
| _____ | |
| PENNYMAC LOAN SERVICES, LLC, Movant, | |
| v. | |
| KAMERON J. MYERS, Debtor/Respondent, | |
| and | |
| NIRIT GOEL MYERS, Co-Debtor/Co-Respondent, | |
| and | |
| TIMOTHY P. BRANIGAN, Trustee/Respondent. | |

**RE-NOTICE OF HEARING FOR MOTION FOR RELIEF FROM STAY AND HEARING THEREON**

    PennyMac Loan Services, LLC has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. §362(a) to enable it to proceed to foreclose on the property located at:

**506 Diamondback Dr, Unit 539, Gaithersburg, MD 20878**

Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

    The hearing is continued to October 3, 2024, at 10:00am, in Courtroom 3C, in United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.

Date: <u>July 22, 2024</u>

                                             /s/ Nikita Joshi
                                     Nikita Joshi, Esq., MD Fed. Bar No. 19720
                                     BWW Law Group, LLC
                                     6003 Executive Blvd, Suite 101
                                     Rockville, MD 20852
                                     P: 301-961-6555, F: 301-961-6545
                                     bankruptcy@bww-law.com
                                     *Attorney for the Movant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Re-Notice of Motion for Relief from Stay and Hearing Thereon will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Trustee

Eric Steiner, Esq.

I hereby further certify that on this 22nd day of July, 2024, a copy of the foregoing Re-Notice of Motion for Relief from Stay and Hearing Thereon was also mailed first class mail, postage prepaid, to:

| | |
|---|---|
| Nirit Goel Myers | Kameron J. Myers |
| 506 Diamondback Dr., Unit 539 | 506 Diamondback Drive #539 |
| Gaithersburg, MD 20878 | Gaithersburg, MD 20878 |

/s/ Nikita Joshi
Nikita Joshi, Esq.